# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Division

In re                                                           Case No.


        Debtor(s)                                       Chapter


## ORDER OF DISMISSAL
## FOR FAILURE TO ATTEND MEETING OF CREDITORS

      The United States Trustee having certified that the above debtor(s) or debtor's counsel hau'pqv appeared at the scheduled meeting of creditors, it is, therefore

      **ORDERED**, pursuant to Local Rule 2003-1(B), that the above case be dismissed; and it is further

      *[If appropriate]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 14 days of the date of this order; and it is further

      **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.


                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date: _____    By _____
                                               Deputy Clerk

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET:

                                        _____


[odis341 ver. 09/13]